IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOESEPH TOWNSEND, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 24-cv-1758-RJD |
| JAMES D. VAUGHN, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

**MEMORANDUM AND ORDER**

**DALY, Magistrate Judge:**[1]

This matter comes before the Court on the following motions: Plaintiff's Motion for Status (Doc. 46), Defendants' Motions for Extension of Time to File Answer (Docs. 47 & 50), Defendant C/O Horn's Motion to Dismiss for Failure to State a Claim (Doc. 51) and Motion for Leave to File Answer Instanter (Doc. 52). For the reasons set forth below, all motions are **GRANTED**.

*Defendant Jacob Horn's Motion for Extension of Time to File Answer (Doc. 50) and Motion to Dismiss for Failure to State a Claim (Doc. 51)*

On July 23, 2024, Plaintiff, an inmate with the Illinois Department of Corrections (IDOC), brought this action under Section 1983, alleging deprivation of his constitutional rights. He asserted, *inter alia*, an Eighth Amendment excessive force or failure to protect claim against Defendants Spivey, Vaughn, and John Doe 3 for an incident that occurred on December 3, 2023, in the dietary unit of Shawnee Correctional Center (Shawnee).[2] Doc. 1; Doc. 10, pp. 10 & 23. On March 18, 2025, the Court granted Plaintiff's motion to substitute John Doe #3 with "C/O Horn, badge #9282." (Docs. 38 & 39). On March 21, 2025, Jacob Horn, a correctional officer

---

[1] This matter has been assigned to the undersigned through the parties' consent to conduct all proceedings, including trial and entry of final judgment, pursuant to 28 U.S.C.§ 636(c) and Federal Rule of Civil Procedure 73. Docs. 44& 54.

[2] Defendant Spivey was substituted for previously misidentified Defendant Buford. Doc. 39.

at Shawnee, executed a request for waiver of service of summons that was addressed to C/O Horn. Doc. 43. Defense counsel entered his appearance on behalf of Jacob Horn. Doc. 41. On May 20, 2025, Defendant Jacob Horn filed a motion seeking an extension of time up to June 18, 2025, to respond to the Complaint. Doc. 50. Defense counsel explained that, upon investigation, he discovered that there are multiple correctional officers at Shawnee with the last name "Horn," and Defendant Jacob Horn's badge number is not 9282. Doc. 50, p. 2. On the same day, defense counsel entered an appearance on behalf of Joshua Horn, who is also a correctional officer at Shawnee, with badge number 9282.[3] Doc. 48. On June 18, 2025, Jacob Horn filed a motion seeking his dismissal from this case because the Complaint did not contain any allegations against him. Doc. 51. Plaintiff did not respond to either motion.

First, for good cause shown, Defendant Jacob Horn's motion for extension of time to respond to the Complaint is **GRANTED**. Further, because the Complaint does not contain any allegations against correctional officer Jacob Horn, and the Plaintiff did not file a response opposing the motion, the Motion to Dismiss for Failure to State a Claim (Doc. 51) is **GRANTED.** Jacob Horn is **DISMISSED**, and the Clerk of Court is **DIRECTED** to **TERMINATE** him from this case. The case will proceed against Defendant Joshua Horn, James D. Vaughn, and James Spivey. The Clerk of Court is further **DIRECTED** to correct the docket sheet to reflect Defendants' correct names, as identified in their respective entries of appearances, as follows: Defendant Joshua Horn for C/O Horn and James Spivey for Mr. Spivey. Docs. 16 & 41.

*Defendants Joshua Horn and Spivey's Motions for Extension of Time to File Answer (Doc. 47) and Motion for Leave to File Answer Instanter (Doc. 52)*

On May 19, 2025, Defendants Joshua Horn and Spivey moved for a 30-day extension of time up to June 18, 2025, to respond to the Complaint. Doc. 47. Defendants explained that additional time was needed due to the mistaken entry of appearance in this case of Jacob Horn

---

[3] Joshua Horn executed a waiver of service of the Complaint on May 18, 2025. Doc. 49.

instead of Joshua Horn.  *Id.*  On June 18, 2025, Defendants Joshua Horn and Spivey filed a motion seeking leave to file their answer *instanter*.  For good cause shown, Defendants Joshua Horn and Spivey's request for a 30-day extension of time and their motion to file their answer instanter are **GRANTED**.  Defendants Joshua Horn and Spivey's answers are due by October 3, 2025.

*Plaintiff's Motion for Status (Doc. 46)*

Plaintiff requested an update on the status of the case.  Plaintiff's motion is **GRANTED.**  Plaintiff is **ADVISED** that the Court has granted Defendants leave to respond to the Complaint by October 3, 2025.  Once Defendants respond, the Court will issue a scheduling and discovery order setting forth the next steps for this litigation.

**IT IS SO ORDERED.**

**DATED: September 30, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**